UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JULIA COSTA,                                            Docket 08 CV 00100 (WCC)

                  Plaintiff,                         STIPULATION OF
-against-                                               DISCONTINUANCE

JENNIFER ROBBINS AND JASON ROBBINS,

                  Defendants.
----------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other upon payment by defendants in the total amount of Six Hundred Sixty Thousand Dollars ($660,000.00).

      Plaintiff JULIA COSTA shall have the sole responsibility to satisfy any liens or claims asserted against the settlement proceeds. Plaintiff JULIA COSTA and plaintiff's law firm ROBINSON & YABLON, P.C., agree to hold defendants, the law firm DeCICCO, GIBBONS & McNAMARA, and ONEBEACON INSURANCE GROUP harmless in regard to any such liens or claims. This Stipulation may be filed without further notice to the Clerk of the Court.

DATED:      August 19, 2008

ROBINSON & YABLON, P.C.

_____
By: Joel Robinson, Esq.
Attorneys for Plaintiff
232 Madison Avenue, Suite 1200
New York, New York 10016
(212) 725-8566

DeCICCO, GIBBONS & McNAMARA, P.C.

_____
By: Daniel J. McNamara, Esq. (DJM-6615)
Attorneys for Defendants
14 East 38th Street, 5th Floor
New York, NY 10016
(212) 447-1222